IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA   ) | |
| ) | CRIMINAL ACTION NO. |
| v.                         ) | 2:21cr99-MHT |
| ) | (WO) |
| COREY TYRELL JOHNSON        ) | |

SUPPLEMENTAL ORDER ON SPECIAL CONDITIONS
OF SUPERVISED RELEASE

In accordance with the provisions in the judgment of conviction, it is ORDERED that, upon commencement of supervised release, the United States Probation Office shall:

(1) Arrange for defendant Corey Tyrell Johnson to participate in a psychiatric consultation to discuss possible psychotropic treatment to treat Johnson's post-traumatic stress disorder (PTSD), as recommended by Dr. Adriana Flores's May 2021 forensic psychiatric evaluation (Doc. 57-1).

(2) Arrange for defendant Johnson to receive appropriate mental-health treatment.  This treatment should include "trauma-informed therapy," as recommended by Dr. Flores's evaluation, and the person

providing the theory should be qualified to provide the theory recommended by Dr. Flores.

(3) Arrange for defendant Johnson to participate in substance-abuse treatment as appropriate.

It is further ORDERED that, prior to the commencement of treatment, the probation department shall provide the treatment providers with copies of the report of Dr. Flores (Doc. 57-1).

DONE, this the 30th day of March, 2022.

                                     /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**