IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
    v.                      )       2:21cr99-MHT
                            )           (WO)
COREY TYRELL JOHNSON        )
```

ORDER

This case is before the court on defendant Corey Tyrell Johnson's unopposed motion for early termination of supervised release.  The court agrees that his supervision should be terminated early.  In March 2022, Johnson pled guilty to one count of possessing a firearm as a convicted felon.  He was sentenced to imprisonment for one day and three years' supervised release.  He has successfully maintained steady employment and strict compliance with all terms of his supervision.  He requests to have his supervision terminated so he can spend more time caring for his ailing mother in Florida.

Furthermore, neither the government nor the probation officer opposes the motion.

**\*\*\***

Accordingly, it is ORDERED that:

(1) The unopposed motion for early termination of supervised release (Doc. 80) is granted.

(2) Defendant Corey Tyrell Johnson's term of supervised release is terminated and he is discharged.

It is further ORDERED that the additional motion for early termination of supervision (Doc. 81) is denied as moot.

DONE, this the 15th day of November, 2023.

                                                                     <u>/s/ Myron H. Thompson</u>
                                                                 **UNITED STATES DISTRICT JUDGE**